UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street, Suite 400 South
Oakland, CA 94612

_____

www.cand.uscourts.gov

Mark B. Busby,                                                          General Court Number
Clerk of Court                                                              510-637-3530

May 6, 2026

Clerk of the Court,
U.S. District Court, District of Oregon- Portland Division
Mark O. Hatfield U.S. Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204

CAND Case Number: 4:26-mj-70612-MAG
CAED Case Number: 3:26-cr-00096-AB-03
Case Title: USA v. Barnett

Dear Clerk:

Pursuant to the Order transferring the above-captioned case to your Court, transmitted herewith are:

(X) Original Rule 5 affidavit
(X) Order Setting Conditions of Release and Appearance
(X) CJA 23 Financial Affidavit
(X) Certified copy of Order Requiring Defendant to Appear in the district where charges are pending and transferring bail.

Please acknowledge receipt of the above document on the copy of this letter.

Very truly yours,
Mark B. Busby, Clerk

by:  Angela Jimenez
Case Systems Administrator
510-637-3535

Receipt of the above-described documents is acknowledged
Date:_____ .
CLERK, U.S. DISTRICT COURT

By_____
Deputy Clerk